# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Brandon Davis
                Plaintiff,

v.                                           Case No.: 1:18−cv−05986
                                                  Honorable Ronald A. Guzman

HBLC, Inc., et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' stipulation of dismissal [40], this case is voluntarily dismissed without prejudice to automatically convert to a dismissal with prejudice after 45 days, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). All class claims are dismissed without prejudice. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.